# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 28, 2022

## NO. 03-22-00582-CR

**Ex parte Robert Joseph Yezak**

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE BAKER**

This is an appeal seeking review of an application for writ of habeas corpus filed in trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.